The Honorable James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MINH "PETER" PHAM, | NO.  2:24-cv-01456-JLR |
| Plaintiff, | STIPULATION <u>AND ORDER</u> REGARDING CR 41(a)(1) |
| v. | DISMISSAL OF STATE DEFENDANT WASHINGTON STATE MILITARY DEPARTMENT |
| KING COUNTY, BRANDON ALLISON, THE STATE OF WASHINGTON, WARREN McPHERSON, and CAMRON OLSON, | [CLERK'S ACTION REQUESTED] |
| Defendants. | |

Come now Plaintiff and Defendants to stipulate and agree to dismiss State Defendant Washington State Military Department pursuant to Federal Rule of Civil Procedure 41(a). The dismissal shall be without prejudice.

DATED this 18th  day of April, 2025.

//

//

//

//

//

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    Signed this 15th day of April, 2025.

2    MacDONALD HOAGUE & BAYLESS

3

4    _/s/ Nathaniel Flack_ (permission to sign via email)
     Tim Ford, WSBA #5986
5    Nathaniel Flack, WSBA #58582
6    TimF@mhb.com
     NathanielF@mhb.com
7    *Attorneys for Plaintiff*

8

9    Signed this 18th day of April, 2025.

10   NICHOLAS W. BROWN
     ATTORNEY GENERAL
11

12
     _s/Janet Maria Cavallo_
13   JANET MARIA CAVALLO, WSBA #38710
     Assistant Attorney General
14   *Attorney for Defendant Washington State Military Department*

15

16   Signed this 17th day of April, 2025.

17   KING COUNTY PROSECUTING ATTORNEY'S OFFICE

18   _/s/ Amy E. Montgomery_ (permission to sign via email)
     Amy E. Montgomery, WSBA #32068
19   Senior Deputy Prosecuting Attorney
     *Attorney for King County Defendants*
20

21   Signed this 15th day of April, 2025.

22   MIX SANDERS THOMPSON, PLLC

23

24   _/s/ Kenneth M. Roessler_ (permission to sign via email)
     Kenneth M. Roessler, WSBA #31886
25   Jordan D. Kember, WSBA #62830
     *Attorneys for Defendant Warren McPherson*

26

NO. 2:24-CV-01456-JLR STIPULATION
AND ORDER REGARDING CR 41(a)(1)
DISMISSAL OF STATE DEFENDANT
WASHINGTION STATE MILITARY
DEPARTMENT

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulation by Plaintiff Minh "Peter" Pham and State Defendant Washington State Military Department to dismiss all claims against Washington State Military Department, without prejudice and without fees and costs. The Court being fully advised in the premises, now, therefore, it is hereby ORDERED that this cause be dismissed as to Defendant Washington State Military Department only, without prejudice and without costs and/or attorney fees to any party.

Signed this 18th day of April, 2025.

_____
James L. Robart
United States District Judge

NO. 2:24-CV-01456-JLR STIPULATION
AND ORDER REGARDING CR 41(a)(1)
DISMISSAL OF STATE DEFENDANT
WASHINGTION STATE MILITARY
DEPARTMENT

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744