The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINH "PETER" PHAM,<br><br>                    Plaintiff,<br><br>  v.<br><br>KING COUNTY, BRANDON ALLISON, THE STATE OF WASHINGTON, WARREN McPHERSON, and CAMERON OLSON.<br><br>                    Defendants. | No. 2:24-cv-1456-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT BRANDON ALLISON |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the plaintiff and defendants, parties to the above-entitled action, through their respective undersigned attorneys, that Plaintiff's claims against defendant Brandon Allison shall be dismissed with prejudice and without costs and attorney's fees. King County remains a named defendant in this lawsuit.

DATED this 2nd day of December, 2025 at Seattle, Washington.

| | |
|---|---|
| LEESA MANION (she/her)<br>King County Prosecuting Attorney<br><br>By: _/s/ Amy E. Montgomery_____<br>AMY E. MONTGOMERY, WSBA #32068<br>Senior Deputy Prosecuting Attorney<br>Attorney for King County Defendants | MacDONALD HOAGUE & BAYLESS<br><br><br>By: _/s/ Sam Kramer_____<br>SAM KRAMER, WSBA #50132<br>TIMOTHY FORD, WSBA #5986<br>Attorney for Plaintiff |

STIPULATION OF DISMISSAL AS TO DEFENDANT
BRANDON ALLISON (2:24-cv-1456-JLR) - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that defendant Brandon Allison is hereby DISMISSED WITH PREJUDICE, and without costs or attorney's fees to either party.

DONE IN OPEN COURT this 3rd day of December, 2025.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney


By:  /s/ Amy E. Montgomery
AMY E. MONTGOMERY, WSBA #32068
Senior Deputy Prosecuting Attorney
*Attorney for King County Defendants*


Copy received, approved as to form;
Notice of Presentation waived:

MacDONALD HOAGUE & BAYLESS


By:  /s/ Sam Kramer
SAM KRAMER, WSBA #50132
TIMOTHY FORD, WSBA #5986
Attorney for Plaintiff

STIPULATION OF DISMISSAL AS TO DEFENDANT
BRANDON ALLISON (2:24-cv-1456-JLR) - 2

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191