The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINH "PETER" PHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY, BRANDON ALLISON, THE STATE OF WASHINGTON, WARREN McPHERSON, and CAMERON OLSON.<br><br>                Defendants. | No. 2:24-cv-1456-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KING COUNTY |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the plaintiff and defendant King County, parties to the above-entitled action, through their respective undersigned attorneys, that Plaintiff's claims against the defendant King County should be dismissed with prejudice and without costs and attorney's fees.

DATED this 10th day of December, 2025 at Seattle, Washington.

| | |
|---|---|
| LEESA MANION (she/her)<br>King County Prosecuting Attorney<br><br>By: */s/ Amy E. Montgomery*<br>AMY E. MONTGOMERY, WSBA #32068<br>Senior Deputy Prosecuting Attorney<br>Attorney for King County Defendants | MacDONALD HOAGUE & BAYLESS<br><br><br>By:  /s/ Sam Kramer<br>SAM KRAMER, WSBA #50132<br>TIMOTHY FORD, WSBA #5986<br>Attorneys for Plaintiff |

STIPULATION OF DISMISSAL AS TO DEFENDANT KING COUNTY (2:24-cv-1456-JLR) - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is DISMISSED WITH PREJUDICE, without costs or attorney's fees.

DONE IN OPEN COURT this __12th__ day of December, 2025.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney


By: _/s/ Amy E. Montgomery_
AMY E. MONTGOMERY, WSBA #32068
Senior Deputy Prosecuting Attorney
*Attorney for King County Defendants*

Copy received, approved as to form;
Notice of Presentation waived:

MacDONALD HOAGUE & BAYLESS


By: ___/s/ Sam Kramer_____
SAM KRAMER, WSBA #50132
TIMOTHY FORD, WSBA #5986
*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL AS TO DEFENDANT KING COUNTY (2:24-cv-1456-JLR) - 2

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191